# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| BOBBIE (BOBBY) EPHREM,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | NO. CV 06-1472-MO<br><br>AMENDED<br>JUDGMENT |

Based on the entire record herein and as set forth by the Court at the conclusion of the November 16 and 17, 2006 hearing and at the January 19, 2007 status conference:

THE COURT FINDS:

1. The jeopardy assessment in this case was not reasonable under the circumstances; and

2. The amount of the jeopardy assessment was not appropriate under the circumstances.

IT IS THEREFORE ORDERED AND ADJUDGED that judgment be entered in favor of plaintiff Bobbie (Bobby) Ephrem and against defendant United States of America;

IT IS HEREBY FURTHER ORDERED AND ADJUDGED that the jeopardy assessment against plaintiff which is the subject of this action be and the same is HEREBY ABATED;

Page 1 -     AMENDED JUDGMENT

IT IS FURTHER ORDERED AND ADJUDGED that all liens and levies enforcing the jeopardy assessment be released.

IT IS SO ORDERED.

DATED this 7th day of May, 2007.

HON. MICHAEL W. MOSMAN
United States District Judge

Submitted by:

MARC D. BLACKMAN, OSB No. 730338
Ransom Blackman LLP
[503] 228-0487
Of Attorneys for Plaintiff Ephrem

Page 2 -   AMENDED JUDGMENT