**MARC D. BLACKMAN, OSB No. 73033**
E-mail: marc@ransomblackman.com
RANSOM BLACKMAN LLP
1400 Congress Center
1001 S.W. Fifth Avenue
Portland, Oregon 97204-1144
Telephone: [503] 228-0487
Facsimile: [503] 227-5984

Of Attorneys for Plaintiff Bobbie (Bobby) Ephrem

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| **BOBBIE (BOBBY) EPHREM,** | NO. CV 06-1472-MO |
| Plaintiff, | MICHAEL EPHREM CLAIM TO SEIZED FUNDS |
| v. | |
| **UNITED STATES OF AMERICA,** | |
| Defendant. | |

I, MICHAEL EPHREM, hereby claim the following sums [plus interest from the date of seizure] from the currency seized by the Internal Revenue Service on August 23, 2006 on the basis of the Jeopardy Assessment issued to Bobbie (Bobby) Ephrem, which Jeopardy Assessment was subsequently vacated in this proceeding:

1. $132,230.60 seized from safe deposit box No. 220-713 at the N.E. 122d Avenue Branch of the United States National Bank.

//

//

Page 1 - MICHAEL EPHREM CLAIM TO SEIZED FUNDS

2.   $140,000.00 seized from safe deposit box No. 505 at the Gateway Branch of Washington Mutual Savings Bank.

Dated this 14th day of May, 2007.

_____
MICHAEL EPHREM

Page  2 -   MICHAEL EPHREM CLAIM TO SEIZED FUNDS

RANSOM BLACKMAN LLP
1001 S.W. Fifth Avenue, Suite 1400
Portland, Oregon 97204-1144
Telephone: 503-228-0487
Facsimile: 503-227-5984