KARIN J. IMMERGUT, OSB #96314
United States Attorney

**GOUD P. MARAGANI**
**JEREMY N. HENDON**
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 307-6513
Fascimile: (202) 307-0054
E-mail: Goud.P.Maragani@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF OREGON

| | | |
|---|---|---|
| BOBBIE (BOBBY) EPHREM | ) | |
| | ) | Civil No. 06-1472-MO |
| Plaintiff, | ) | |
| | ) | JIMMIE EPHREM'S REVISED |
| v. | ) | CLAIM TO SEIZED FUNDS |
| | ) | |
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

I, JIMMIE EPHREM, hereby claim the following sums [plus interest from the date of seizure] from the currency seized by the Internal Revenue Service on August 23, 2006, on the basis of the Jeopardy Assessment issued to Bobbie (Bobby) Ephrem, which Jeopardy Assessment was subsequently vacated in this proceeding:

1. $144,300.00 seized from 9379 S.E. Highgate Drive, Portland, OR 97086.

2. $132,230.60 seized from safe deposit box No. 220-713 at the N.E. 122d Avenue Branch of the United States National Bank.

3. 140,000.00 seized from safe deposit box No. 505 at the Gateway Branch of Washington Mutual Savings Bank.

DATED this 12f day of June, 2007.

_____
JIMMIE EPHREM
SSN 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

Subscribed and sworn to before me this 21f day of June, 2007.



_____
Notary Public for Oregon
My Commission expires: 3/3/2009

I consent to the claim of Jimmie Ephrem to $416,530.00 of the funds the IRS seized from me and applied to the jeopardy assessments it made against me.

DATED this 12f day of June, 2007.

_____
BOBBIE (BOBBY) EPHREM

Subscribed and sworn to before me this 20f day of June, 2007.

_____
Notary Public for Oregon
My Commission expires: 3/3/2009

OFFICIAL SEAL
PATRICIA H GASSNER
NOTARY PUBLIC-OREGON
COMMISSION NO. 389970
MY COMMISSION EXPIRES MARCH 3, 2009